# Frankfurt Kurnit Klein + Selz PC

**Edward Rosenthal**
28 Liberty Street, New York, New York 10005
T (212) 826-5524   F (347) 438-2114
erosenthal@fkks.com

October 11, 2019

**VIA ECF**
Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

    Re:    <u>JetBlue Airways Corporation v. Jet.com Inc., et al. 2019 Civ. 5879 (LAP)</u>

Dear Judge Preska:

    We represent plaintiff JetBlue Airways Corporation in the above-captioned litigation. The purpose of this letter is to inform the Court that the parties have reached a settlement of this action, subject to final execution of a written settlement agreement.  We expect that Plaintiff will be filing a stipulation of dismissal of this action within the next two weeks.  Accordingly, we respectfully request that the Court extend defendants' time to respond to the complaint for an additional 30 days to November 11, 2019.  Mark Puzella of Orrick, outside counsel for defendants, has consented to this request.  This is the third request for such an adjournment.  It does not affect any other scheduled dates in this matter.

    Thank you for your consideration.

                                        Respectfully submitted,

                                        Edward H. Rosenthal

cc:  Mark Puzella, Esq.