UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JETBLUE AIRWAYS CORPORATION,

Plaintiff

v.

JET.COM INC., WALMART INC., and
WALMART APOLLO, LLC,

Defendants.

No. 1:19-cv-05879

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff JetBlue Airways Corporation and Defendants Jet.com Inc., Walmart Inc., and Walmart Apollo, LLC, by and through their respective counsel, hereby stipulate that all claims in the above-captioned action may be and hereby are dismissed with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Dated:          October ⁱ⁴ ___, 2019

                                            Respectfully submitted,

FRANKFURT KURNIT KLEIN & SELZ, P.C.     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _Edward H. Rosenthal_                      By: _____

Edward H. Rosenthal                           Elizabeth E. Brenckman (Bar No. 5272042)
Rachel Santori                                     51 West 52nd Street
Kimberly M. Maynard                     New York, New York 10019-6142
488 Madison Avenue                       Tel: (212) 506-3535
New York, New York 10022               ebrenckman@orrick.com
Tel.: (212) 980-0120
erosenthal@fkks.com
rsantori@fkks.com                               *Attorneys for Defendants Jet.com Inc.,*
                                         *Walmart Inc., and Walmart Apollo, LLC*

*Attorneys for Plaintiff JetBlue Airways*
*Corporation*

2