AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Southern District of New York_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19 Civ. 5879 | DATE FILED<br>6/21/2019 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>JetBlue Airways Corporation | | DEFENDANT<br>Jet.com, Inc., Walmart Inc., and Walmart Apollo LLC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  See attached chart | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case Voluntarily Dismissed on 10/16/2019 |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>S/ N. Dulal | DATE<br>10/16/2019 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| JETBLUE | 75/746,535 | July 9, 1999 | 2,449,988 | May 8, 2001 | Registered | Yes | Class 39: Transportation of passengers, parcels, freight and cargo by air; providing information about air transportation via a website on a global computer network; travel agency services, namely, making reservations and bookings for transportation; airline passenger services in the nature of a frequent flyer program |
| JETBLUE | 78/702,572 | August 29, 2005 | 3,786,241 | May 4, 2010 | Registered | Yes | Class 41: Providing on-line, magazines and journals in the fields of transportation and travel |
| JETBLUE | 77/642,215 | December 31, 2008 | 3,651,034 | July 7, 2009 | Registered | Yes | Class 9: Earphones |
| JETBLUE | 78/774,786 | December 16, 2005 | 3,403,219 | March 25, 2008 | Registered | Yes | Class 35: Advertising services, namely, promoting the goods and services of others, including travel services, credit card use, car rentals, and hotel accommodations; retail and online retail store services featuring convenience items for travelers and general merchandise |
| JETBLUE | 78/703,131 | August 30, 2005 | 3,493,916 | August 26, 2008 | Registered | Yes | Class 18: All-purpose carrying bags; travel bags; backpacks; all-purpose athletic bags; carry-all bags; tote bags; umbrellas |
| JETBLUE | 78/980,624 | August 29, 2005 | 3,522,768 | October 21, 2008 | Registered | Yes | Class 16: Printed publications, namely, booklets in the fields of transportation and travel; pens, note books |
| JETBLUE | 78/703,133 | August 30, 2005 | 3,331,434 | November 6, 2007 | Registered | Yes | Class 25: Clothing for men, women and children, namely, polo shirts, golf shirts, t-shirts, sweaters, sweat shirts, hats, jackets, baby bibs composed of cloth and/or plastic, baby bonnets, one-piece clothing for babies |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| JETBLUE | 78/703,127 | August 30, 2005 | 3,331,433 | November 6, 2007 | Registered | Yes | Class 21: Cups; coffee cups and mugs; thermal insulated containers for beverages; sports bottles sold empty |
| JETBLUE | 78/774,790 | December 16, 2005 | 3,331,792 | November 6, 2007 | Registered | Yes | Class 39: Providing travel information services featuring travel offers and vacation travel tour activities

Class 43: Providing travel lodging information services and travel lodging booking agency services for travelers; providing catering of foods and drinks |
| JETBLUE | 78/703,135 | August 30, 2005 | 3,326,608 | October 30, 2007 | Registered | Yes | Class 28: Toy vehicles; model airplanes |
| JETBLUE | 86/908,655 | February 16, 2016 | 5,187,852 | April 18, 2017 | Registered | No | Class 35: Business advisory services, consultancy and information; business consulting, namely, promoting the interests of parties or organizations offering start-up accelerator programs and start-up development; Incubation services, namely, business management consulting and advisory services therefor in the areas of corporate formation, funding strategy, corporate growth strategy, innovation and growth processes, organizational transformation, and talent management and development strategies; Business management consulting services in the aviation, transportation and hospitality industries; Business management services, namely, aviation, transportation and hospitality |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| | | | | | | | operations and management consulting |
| JETBLUE | 86/908,657 | February 16, 2016 | 5,187,853 | April 18, 2017 | Registered | No | Class 36: Investment services, namely, venture capital funding services to emerging and start-up companies |
| JETBLUE | 86/908,660 | February 16, 2016 | 5,187,854 | April 18, 2017 | Registered | No | Class 41: Education, namely, conducting classes, seminars, conferences and workshops in the fields of entrepreneurship, transportation, aviation and hospitality; providing training in the fields of entrepreneurship, transportation, aviation and hospitality; Entertainment services in the nature of arranging, organizing, conducting and hosting social entertainment events |
| JETBLUE | 87/196,383 | October 7, 2016 | 5,146,836 | February 21, 2017 | Registered | No | Class 9: Downloadable mobile applications for making and checking reservations, searching fares, making travel arrangements, accessing boarding passes, providing information and updates in the fields of travel, transportation and loyalty award programs, ticketing passengers and checking flight status |
| jetBlue | 76/593,681 | May 21, 2004 | 3,163,121 | October 24, 2006 | Registered | Yes | Class 39: Transportation of passengers, parcels, freight by air; providing information about air transportation via a website on a global computer network; making reservations and bookings for transportation; airline passenger services in the nature of a frequent flyer program |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| jetBlue | 85/680,540 | July 18, 2012 | 4,289,126 | February 12, 2013 | Registered | No | Class 39: Air transportation services, namely, transportation of passengers, parcels, freight and cargo by air; providing travel information services featuring travel offers and vacation travel tour activities; transportation services featuring a frequent flyer bonus program; providing automated check-in and ticketing services for air travelers; travel agency services, namely, making reservations and bookings for transportation, cruises and vehicle rentals; arranging of cruises; air and boat transportation services, featuring a frequent traveler incentive and award program for travelers in the nature of travel discounts |
| jetBlue | 76/593,680 | May 21, 2004 | 3,163,120 | October 24, 2006 | Registered | Yes | Class 39: Transportation of passengers, parcels, freight by air |
| JETBLUE AIRWAYS | 75/746,534 | July 9, 1999 | 2,451,955 | May 15, 2001 | Registered | Yes | Class 39: Transportation of passengers, parcels, freight and cargo by air; providing information about air transportation via a website on a global computer network; travel agency services, namely, making reservations and bookings for transportation; airline passenger services in the nature of a frequent flyer program |
| JETBLUE CARD | 78/775,274 | December 16, 2005 | 3,331,799 | November 6, 2007 | Registered | Yes | Class 36: Financial services, namely, providing credit card services |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| JETBLUE CARD | 78/775,276 | December 16, 2005 | 3,331,800 | November 6, 2007 | Registered | Yes | Class 35: Promoting the sale of credit card accounts through the administration of incentive award programs |
| JETBLUE FOR GOOD | 87/187,436 | September 29, 2016 | 5,197,492 | May 2, 2017 | Registered | No | Class 35: Promoting public interest and awareness of environmental matters; Charitable services, namely, organizing and conducting volunteer programs and community service projects |
| JETBLUE FOR GOOD | 87/187,446 | September 29, 2016 | 5,201,875 | May 9, 2017 | Registered | No | Class 36: Charitable fundraising services |
| JETBLUE FOR GOOD | 87/187,442 | September 29, 2016 | 5,197,493 | May 2, 2017 | Registered | No | Class 41: Charitable services, namely, providing books to children; Charitable services, namely, conducting educational activities in the nature of programs, classes, seminars, conferences and workshops aimed at instructing and educating children for careers in the field of aviation |
| JETBLUE MINT | 86/054,364 | September 3, 2013 | 4,638,226 | November 11, 2014 | Registered | No | Class 39: Airline transportation services |
| jetBlue MINT (black logo) | 86/054,375 | September 3, 2013 | 4,638,227 | November 11, 2014 | Registered | No | Class 39: Airline transportation services |
| jetBlue MINT (green logo) | 86/054,378 | September 3, 2013 | 4,638,228 | November 11, 2014 | Registered | No | Class 39: Airline transportation services |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| JETBLUE PARK | 86/182,475 | February 3, 2014 | 4,639,929 | November 18, 2014 | Registered | No | Class 41: Entertainment services, namely, providing stadium and athletic field facilities for sporting and entertainment events; hosting of private corporate social events and individual social events |
| JETBLUE PILOT GATEWAY PROGRAMS | 86/928,888 | March 4, 2016 | 5,257,186 | August 1, 2017 | Registered | No | Class 41: Providing of training and instruction for flight personnel; providing of training, namely, arranging and conducting classes, courses, seminars, workshops, tutoring, internships and mentoring in the field of air transportation; developing and updating educational courses and study programs for staff in the field of air transportation; Developing and updating training manuals, user handbooks and user guides, maintenance manuals, technical documentation and technical data sheets, process manuals and flight operation manuals for staff in the field of air transportation |
| JETBLUE TECHNOLOGY VENTURES | 86/908,661 | February 16, 2016 | 5,187,855 | April 18, 2017 | Registered | No | Class 35: Business advisory services, consultancy and information; business consulting, namely, promoting the interests of parties or organizations offering start-up accelerator programs and start-up development; Incubation services, namely, business management consulting and advisory services therefor in the areas of corporate formation, funding strategy, corporate growth strategy, innovation and growth processes, organizational |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| | | | | | | | transformation, and talent management and development strategies; Business management consulting services in the aviation, transportation and hospitality industries; Business management services, namely, aviation, transportation and hospitality operations and management consulting |
| JETBLUE TECHNOLOGY VENTURES | 86/908,665 | February 16, 2016 | 5,187,856 | April 18, 2017 | Registered | No | Class 36: Investment services, namely, venture capital funding services to emerging and start-up companies |
| JETBLUE TECHNOLOGY VENTURES | 86/908,669 | February 16, 2016 | 5,187,857 | April 18, 2017 | Registered | No | Class 41: Education, namely, conducting classes, seminars, conferences and workshops in the fields of entrepreneurship, transportation, aviation and hospitality; providing training in the fields of entrepreneurship, transportation, aviation and hospitality; Entertainment services in the nature of arranging, organizing, conducting and hosting social entertainment events |
| JETBLUE VACATIONS | 87/096,254 | July 7, 2016 | 5,238,204 | July 4, 2017 | Registered | No | Class 39: Travel services, namely, making reservations and bookings for transportation and vehicle rentals; transportation services featuring a frequent flyer bonus program; providing information about transportation, vehicle rentals and special travel offers via a global computer network; coordinating travel arrangements for individuals and for groups |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| JETBLUE VACATIONS | 87/096,258 | July 7, 2016 | 5,242,835 | July 11, 2017 | Registered | No | Class 43: Providing travel lodging information services and travel lodging booking agency services for travelers |
| jetBlue vacations | 87/261,721 | December 8, 2016 | 5,388,043 | January 23, 2018 | Registered | No | Class 39: Travel services, namely, making reservations and bookings for transportation and vehicle rentals; air transportation services featuring a frequent flyer bonus program; providing automated check-in and ticketing services for air travelers; providing information about transportation, vehicle rentals and special travel offers via a global computer network; coordinating travel arrangements for individuals and for groups |
| jetBlue vacations | 87/261,728 | December 8, 2016 | 5,388,044 | January 23, 2018 | Registered | No | Class 43: Providing travel lodging information services and travel lodging booking agency services for travelers |
| jetBlue vacations | 87/261,730 | December 8, 2016 | 5,388,045 | January 23, 2018 | Registered | No | Class 39: Travel services, namely, making reservations and bookings for transportation and vehicle rentals; air transportation services featuring a frequent flyer bonus program; providing automated check-in and ticketing services for air travelers; providing information about transportation, vehicle rentals and special travel offers via a global computer network; coordinating travel arrangements for individuals and for groups |
| jetBlue vacations | 87/261,733 | December 8, 2016 | 5,388,046 | January 23, 2018 | Registered | No | Class 43: Providing travel lodging information services and travel lodging booking agency services for travelers |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
|  | 76/523,405 | June 18, 2003 | 2,947,348 | May 10, 2005 | Registered | Yes | Class 39: Air transportation services, namely, transportation of passengers, parcels, freight and cargo by air |
|  | 85/738,625 | September 26, 2012 | 4,338,485 | May 21, 2013 | Registered | No **(Declaration of Incontestability filed on 5/21/2019 but not yet accepted)** | Class 39: Air transportation services, namely, transportation of passengers, parcels, freight and cargo by air |
|  | 85/738,619 | September 26, 2012 | 4,338,484 | May 21, 2013 | Registered | No **(Declaration of Incontestability filed on 5/21/2019 but not yet accepted)** | Class 39: Air transportation services, namely, transportation of passengers, parcels, freight and cargo by air |
|  | 76/627,244 | January 6, 2005 | 3,052,759 | January 31, 2006 | Registered | Yes | Class 39: Air transportation services, namely, transportation of passengers, parcels, freight and cargo by air |
|  | 76/523,403 | June 18, 2003 | 2,971,984 | July 19, 2005 | Registered | Yes | Class 39: Air transportation services, namely, transportation of passengers, parcels, freight and cargo by air |
|  | 86/178,376 | January 29, 2014 | 4,572,490 | July 22, 2014 | Registered | No | Class 39: Air transportation services, namely, transportation of passengers, parcels, freight and cargo by air |

## JetBlue Airways Corporation – "JETBLUE" Trademarks in U.S.

| Trademark | Application No. | Filing Date | Registration No. | Registration Date | Status | Incontestable | Goods |
|---|---|---|---|---|---|---|---|
| jetBlue | 85/738,616 | September 26, 2012 | 4,338,483 | May 21, 2013 | Registered | No **(Declaration of Incontestability filed on 5/21/2019 but not yet accepted)** | Class 39: Air transportation services, namely, transportation of passengers, parcels, freight and cargo by air |